UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: ZIMMER DUROM HIP CUP : <br> PRODUCTS LIABILITY LITIGATION: | Master Docket No. 09-4414 (SDW)(MCA) <br> MDL No. 2158 <br><br> This Document Relates to: <br> Case No. 2:11-cv-01662 <br> Patricia Muns |

**PLAINTIFF'S NOTICE OF RULE 41(a)(1)(A)(i) DISMISSAL OF DEFENDANTS ZIMMER HOLDINGS, INC. AND ZIMMER, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Patricia Muns hereby provides this Notice of Dismissal as to Defendants Zimmer Holdings, Inc. and Zimmer, Inc., as these Defendants have not yet filed an answer or filed a motion for summary judgment.

Dated: April 14, 2011

Respectfully Submitted,

/s/ Russell S. Briggs
Russell S. Briggs
FIBICH HAMPTON & LEEBRON, LLP
1401 McKinney, Suite 1800
Houston, TX 77010
(713) 751-0025
(713) 751-0030 FAX

So Ordered
this 25th day of April 2011

Susan D. Wigenton, U.S.D.J.